IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALEX SCHAUFFERT, )
    Plaintiff/Counter-Defendant )
  )
v. ) No. 3-09-0510
  )
CERTAIN UNDERWRITERS AT )
LLOYD'S, LONDON; GAB ROBINS )
NORTH AMERICA, INC., )
    Defendants )
  )
and )
  )
BRAUN CONSTRUCTION SERVICES, )
INC., )
    Defendant/Counter-Plaintiff[1] )

O R D E R

Counsel for the parties shall convenee a telephone conference call with the Court on **Wednesday, August 25, 2010, at 2:00 p.m.,** to be initiated by counsel for defendant Certain Underwriters, to address the progression of the case in light of new counsel having just entered an appearance in this case and to ensure that he is aware of the scheduling deadlines provided in the orders entered May 17, 2010 (Docket Entry No. 60), August 3, 2010 (Docket Entry No. 66), and August 17, 2010 (Docket Entry No. 73).

It is so ORDERED.

*[signature]*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered December 23, 2009, and May 10, 2010 (Docket Entry Nos. 48 and 58), the cross-claims of Braun Construction Services against defendants Certain Underwriters at Lloyd's, London, and GAB Robins North America, Inc. were dismissed.