IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEX SCHAUFFERT | ) |
| | ) |
| v. | ) NO. 3-09-0510 |
| | ) JUDGE CAMPBELL |
| CERTAIN UNDERWRITERS AT | ) |
| LLOYD'S, LONDON, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 143) and Objections filed by the Plaintiff (Docket No. 144).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, the Court finds that the settlement agreement entered into between the Plaintiff, Braun Construction Services, Inc. and GAB Robins North America, Inc. on August 2, 2010, should be enforced.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE