UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEX SHAUFERT, )<br> )<br>  Plaintiff/Counter-Defendant, )<br> )<br> v. )<br> )<br> CERTAIN UNDERWRITERS AT )<br> LLOYD'S, LONDON, GAB ROBINS )<br> NORTH AMERICA, INC. and BRAUN )<br> CONSTRUCTION SERVICES, INC., )<br> )<br>  Defendant/Counter-Plaintiff. ) | No. 3:09-00510<br>Judge Sharp |

## ORDER

For the reasons explained in the accompanying Memorandum, the Report and Recommendation of the Magistrate Judge (Docket No. 147) is hereby ACCEPTED and APPROVED, Defendant Certain Underwriters at Lloyd's, London's Objections thereto (Docket No. 148) are hereby OVERRULED, and its Motion for Summary Judgment (Docket No. 87) is hereby DENIED.

The Final Pretrial Conference will be held in this case on June 27, 2011, at 1:00 p.m., and the jury trial will commence on July 5, 2011, at 9:00 a.m., both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE