UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEX SHAUFERT, ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 3:09-00510 |
| ) | Judge Sharp |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON, GAB ROBINS ) | |
| NORTH AMERICA, INC. and BRAUN ) | |
| CONSTRUCTION SERVICES, INC., ) | |
| ) | |
|     Defendant/Counter-Plaintiff. ) | |

## ORDER

In accordance with the discussions at the Pretrial Conference on June 27, 2011, Plaintiff's Motion to Increase Prayer for Relief (Docket No. 182) is hereby GRANTED and Plaintiff shall forthwith file an Amended Complaint which incorporates the new prayer for relief. Because of this ruling and for the other reasons discussed in open court, Lloyd's Motion for Continuance and for Leave to Take Plaintiff's Deposition Regarding New Damages Claims (Docket No. 183) is hereby GRANTED. The jury trial in this case is hereby continued from July 5, 2011, until 9:00 a.m. on October 18, 2011,[1] and the Court will hold a further Pretrial Conference at 1:30 p.m. on September 26, 2011. If the case goes to trial, the parties shall, to the extent possible, stipulate to the authenticity and admissibility of exhibits.

In light of the continuance, the parties are to confer in an attempt to an enter into an Agreed Scheduling Order which sets forth the limited discovery which is necessary to get this case ready

---

[1] During the conference, counsel for Defendant Certain Underwriters at Lloyd's, London, indicated that it preferred to be referred to as "Certain Underwriters," as opposed to "Lloyd's." Notwithstanding that preference, at trial Plaintiff may refer to Defendant as "Certain Underwriters," or "Lloyd's," or any appropriate variation of Certain Underwriters at Lloyd's, London.

for trial, and the deadline for that discovery. If the parties cannot reach an agreement, counsel shall file a Motion requesting a telephone conference so that the Court can address any such disagreements. An Agreed Scheduling Order or Motion for a Telephone Conference shall be filed no later than Friday, July 15, 2011.

If the parties agree that a mediation conference will assist in the possible settlement of this case, they shall file a Joint Motion for Mediation Conference.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE