```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

ALEX SCHAUFFERT,                        )
                                        )
    Plaintiff                           )
    Counter-Defendant                   )
                                        )
v.                                      )
                                        )
CERTAIN UNDERWRITERS AT                 )   No. 3:09-0510
LLOYD'S LONDON, GAB ROBINS              )   Judge Echols/Brown
NORTH AMERICA, INC.,                    )   **Jury Demand**
                                        )
    Defendants                          )
    Cross-Defendants                    )
                                        )
and                                     )
                                        )
BRAUN CONSTRUCTION SERVICES, INC.,      )
                                        )
    Defendant/Counter                   )
    Plaintiff/Cross-Plaintiff           )

## **O R D E R**

A settlement conference was held with the parties in this matter on April 3, 2012. Some progress was made in this matter. It appears, though, that an additional three weeks are needed to consider certain aspects of this case.

Accordingly, a telephone conference is set for **April 24, 2012, at 1:00 p.m.,** for the parties to report the status of the case. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

In the event the matter cannot be resolved, the undersigned will return the file to Judge Sharp and Magistrate

Judge Griffin for such additional proceedings as are necessary to prepare this matter for trial.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge