UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEX SCHAUFFERT ) | |
| ) | |
| v. ) | NO. 3:09-0510 |
| ) | JUDGE SHARP |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYDS, LONDON, et al., ) | |

## ORDER

Pursuant to the Rule 41 Stipulation of Dismissal with Prejudice (Docket Entry No. 299) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1